IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CRYSTAL NEAL,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        1:15CV578
                                       )
CUTTER GROUP FINANCIAL AND             )
SAM ROTH,                              )
                                       )
                Defendants.            )

### JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b), and, on January 19, 2016, was served on the parties in this action. (Doc. 17.)    No objections were filed within the time limits prescribed by § 636.

Because no objections were filed, the court need not make a de novo review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.


                                  /s/   Thomas D. Schroeder
                             United States District Judge

February 12, 2016